**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  Abryana Jones** ) | |
| ) | **Case No:  19 B 18431** |
| ) | **Judge:     Hunt** |
| ) | **Chapter  13** |
| **Debtor** ) | |

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the Amended Chapter 13 Plan filed on August 13, 2019 was mailed to the below persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail in Chicago, IL 60606, and electronically, before 6:00 p.m. on August 13, 2019.

Abryana Jones
329 N. Long Ave, Apt#1
Chicago, IL 60644
(via regular mail)

Marilyn. O. Marshall
224 S. Michigan, Ave. 800
Chicago, IL 60604
(via ECF)

All creditors listed on the attached service list
(via regular mail)


_____/s/ Angelica Harb___
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-18431<br>Northern District of Illinois<br>Eastern Division<br>Tue Aug 13 12:23:02 CDT 2019 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Arnold Scott Harris<br>111 W Jackson Blvd, Suite 600<br>Chicago, IL 60604-3517 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W. Jackson Ste. 600<br>Chicago, IL 60604-3517 | City of Chicago Parking<br>121 N. Lasalle<br>Chicago, IL 60602-1242 |
| Illinois Title Loan<br>8700 S Ashland Ave<br>Chicago, IL 60620-4831 | Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wilkes-Barre, PA 18773-9640 | People's Gas<br>200 E Randolph St<br>Chicago, IL 60601-6302 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Abryana Jones<br>329 North Long Ave.<br>Apt. 1<br>Chicago, IL 60644-2345 | Angelica Harb<br>Hinds Law LLC<br>211 W Wacker Dr Suite 321<br>Chicago, IL 60606-1217 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients    0<br>Total                 13 |